IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD G. MORRISON, on behalf of himself and the general public of California,<br><br>            Plaintiff,<br><br>      v.<br><br>MBNA AMERICA BANK, NA, a commercial bank residing in Deleware; NATIONAL ARBITRATION FORUM, an entity of unknown structure operating in Minnesota; WOLPOFF & ABRAMSON, an entity of unknown structure operating in Maryland,<br><br>            Defendants. | 2:05-cv-005-GEB-KJM<br><br><br><br><br><br>ORDER[*] |

On August 3, 2005, Defendant MBNA America Bank, NA ("MBNA") filed a motion to dismiss each claim of Plaintiff's Complaint for failure to state a claim.  Plaintiff has filed no opposition to this motion.  Plaintiff was warned that failure to comply with the Local Rules' filing requirements may be deemed consent to the Court summarily disposing of the motion.  (Status Order filed June 8, 2005, at 3.)  Therefore, MBNA's motion to dismiss Plaintiff's Complaint is

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

granted.  Plaintiff has twenty days from the date on which this Order is filed to notice a motion seeking leave to file an amended complaint.  Failure to notice this motion within the prescribed time will automatically convert this dismissal into a dismissal with prejudice.

Dated:  October 4, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge